UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Jay Smith

*Plaintiff(s)*

v.                                           Civil Action No. 5:23-cv-206

R. Brown

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. Judgment is entered in favor of respondent.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge John Preston Bailey

Date: June 6, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*